## GEORGE W. FITCH

*v.*

## SOLOMON ZIMMER.

1.  NEW TRIAL—*finding as to facts.*   When the questions for determination are ones of fact only, and the evidence, though conflicting, is sufficient to sustain the verdict, this court will not disturb the finding.

Appeal from the Circuit Court of Whiteside County; the Hon. WILLIAM W. HEATON, Judge, presiding.

Messrs. HENRY & JOHNSON, for the appellant.

Messrs. WILKINSON, SACKETT & BEAN, for the appellee.

Per CURIAM: This was an action of covenant, by the lessor

against the lessee. Numerous breaches were assigned, and testimony heard upon each of them.

The evidence, though somewhat conflicting, is sufficient to sustain the verdict of the jury.

There is not a single question presented, which the jury were not fully competent to determine.

After a careful review of the evidence, we are unwilling to disturb the finding.

The judgment is affirmed.

*Judgment affirmed.*